**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-10597-JCM |
| | : | |
| **Mitchell W. Horn,** | : | CHAPTER 13 |
| Debtor | : | |
| | : | DOCKET NO.: 20 |
| **Mitchell W. Horn,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Bank of America,** | : | |
| **BBVA Compass Bank,** | : | |
| **Cavalry SPV I, LLC,** | : | |
| **Citibank NA,** | : | |
| **Discover Bank,** | : | |
| **Internal Revenue Service,** | : | |
| **JPMorgan Chase Bank, NA,** | : | |
| **KML Law Group, P.C.,** | : | |
| **LVNV Funding LLC,** | : | |
| **Pennymac Loan Services,** | : | |
| **Portfolio Recovery Associates, LLC,** | : | |
| **Resurgent Receivables, LLC,** | : | |
| **And Sru Federal Credit Union,** | : | |
| | : | **FILED PURSUANT TO 11 USC § 362 (C) (3) (B)** |
| **AND** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO EXTEND THE AUTOMATIC STAY**

       The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the MOTION TO EXTEND THE AUTOMATIC STAY, filed on October 24, 2025, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motions appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than November 10, 2025. It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: <u>November 11, 2025</u> | <u>/s/ Daniel P. Foster, Esquire</u> |
|  | Daniel P. Foster |
|  | PA I.D. # 92376 |
|  | Foster Law Offices |
|  | 1210 Park Avenue |
|  | Meadville, PA 16335 |
|  | Phone:  814.724.1165 |
|  | Fax: 814.724.1158 |
|  | Email: dan@mrdebtbuster.com |

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Certificate of No Objection Regarding Motion to Extend the Automatic Stay by First-Class Mail, U.S. Postage Paid on the parties below.

| | |
|---|---|
| Date: <u>November 11, 2025</u> | By: <u>/s/ *Caitlyn A. Campbell*</u> |
| | Caitlyn A. Campbell, PARALEGAL |
| | FOSTER LAW OFFICES, LLC |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 25-10597-JCM<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Tue Nov 11 07:56:43 EST 2025 | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | BBVA Compass Bank<br>101 Dauphin Street<br>Mobile, AL 36602-3209 |
| Bank of America<br>100 North Tryon Street<br>Charlotte, NC 28255-0001 | Cavalry SPV I, LLC<br>500 Summit Lake Drive<br>Suite 400<br>Valhalla, NY 10595-2321 | Citibank NA<br>P.O. Box 9001037<br>Louisville, KY 40290-1037 |
| Discover Bank<br>PO Box 3025<br>New Albany, OH 43054-3025 | Internal Revenue Service<br>Department of the Treasury<br>P.O. Box 1302<br>Charlotte, NC 28201-1302 | JPMorgan Chase Bank, NA<br>1111 Polaris Parkway<br>Columbus, OH 43240-2050 |
| KML Law Group, P.C.<br>Suite 5000<br>701 Market Street<br>Philadelphia, PA 19106-1541 | LVNV Funding LLC<br>PO Box 10497<br>Greenville, SC 29603-0497 | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 |
| Pennymac Loan Services<br>PO Box 660929<br>Dallas, TX 75266-0929 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)SRU FEDERAL CREDIT UNION<br>ATTN ATTN TIM MILLER OR DREW MCDOWELL<br>100 ARROWHEAD DRIVE<br>SLIPPERY ROCK PA 16057-2632 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Mitchell W. Horn<br>125 Edgewood Drive<br>Cooperstown, PA 16317-1205 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>PO Box 12914<br>Norfolk, VA 23541 | Sru Federal Credit Union<br>100 Arrowhead Dr<br>Slippery Rock, PA 16057 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC

End of Label Matrix
**Mailable recipients**  18
**Bypassed recipients**   1
**Total**                19