# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 25-10597-JCM** |
| | : | |
| **Mitchell W. Horn,** | : | **CHAPTER 13** |
| Debtor | : | |
| | : | **RELATED TO DOCKET NO.: 21** |
| **Mitchell W. Horn,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Bank of America,** | : | |
| **BBVA Compass Bank,** | : | |
| **Cavalry SPV I, LLC,** | : | |
| **Citibank NA,** | : | |
| **Discover Bank,** | : | |
| **Internal Revenue Service,** | : | |
| **JPMorgan Chase Bank, NA,** | : | |
| **KML Law Group, P.C.,** | : | |
| **LVNV Funding LLC,** | : | |
| **Pennymac Loan Services,** | : | |
| **Portfolio Recovery Associates, LLC,** | : | |
| **Resurgent Receivables, LLC,** | : | |
| **And Sru Federal Credit Union,** | : | |
| | : | **FILED PURSUANT TO 11 USC § 362 (C) (3) (B)** |
| **AND** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order regarding Motion to Extend the Automatic Stay by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>November 12, 2025</u>                    *By: /s/ Caitlyn A. Campbell*
                                                                                Caitlyn A. Campbell, HEAD PARALEGAL
                                                                                FOSTER LAW OFFICES
                                                                                1210 Park Avenue
                                                                                Meadville, PA 16335
                                                                                Tel 814.724.1165
                                                                                Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 25-10597-JCM<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Tue Nov 11 07:56:43 EST 2025 | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | BBVA Compass Bank<br>101 Dauphin Street<br>Mobile, AL 36602-3209 |
| Bank of America<br>100 North Tryon Street<br>Charlotte, NC 28255-0001 | Cavalry SPV I, LLC<br>500 Summit Lake Drive<br>Suite 400<br>Valhalla, NY 10595-2321 | Citibank NA<br>P.O. Box 9001037<br>Louisville, KY 40290-1037 |
| Discover Bank<br>PO Box 3025<br>New Albany, OH 43054-3025 | Internal Revenue Service<br>Department of the Treasury<br>P.O. Box 1302<br>Charlotte, NC 28201-1302 | JPMorgan Chase Bank, NA<br>1111 Polaris Parkway<br>Columbus, OH 43240-2050 |
| KML Law Group, P.C.<br>Suite 5000<br>701 Market Street<br>Philadelphia, PA 19106-1541 | LVNV Funding LLC<br>PO Box 10497<br>Greenville, SC 29603-0497 | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 |
| Pennymac Loan Services<br>PO Box 660929<br>Dallas, TX 75266-0929 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)SRU FEDERAL CREDIT UNION<br>ATTN ATTN TIM MILLER OR DREW MCDOWELL<br>100 ARROWHEAD DRIVE<br>SLIPPERY ROCK PA 16057-2632 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Mitchell W. Horn<br>125 Edgewood Drive<br>Cooperstown, PA 16317-1205 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>PO Box 12914<br>Norfolk, VA 23541 | Sru Federal Credit Union<br>100 Arrowhead Dr<br>Slippery Rock, PA 16057 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC

End of Label Matrix
Mailable recipients   18
Bypassed recipients    1
Total                 19