# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 25-10597-JCM** |
| | : | |
| **Mitchell W. Horn,** | : | **CHAPTER 13** |
| **Debtor** | : | |
| | : | |

**PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)**

**DATES OF ENCLOSED PAYMENT ADVICES:**

**September 5, 2025 – October 24, 2025**

**Next Payment Advice Expected (post-filing):**

**October 31, 2025**

C.C. HORN, MITCHELL

Treesmiths LLC
1550 Pond Road, Suite 200
Allentown PA 18104

**Emp No.** 40049
**Name and Address**
Mitchell W. Horn
125 Edgewood Drive
Cooperstown PA 16317

**Fed Filing Status / Multiple Jobs:** S / No
**Dependent Amount:** 0.00
**Other Income / Deductions:** 0.00 / 0.00

**Ref Number:** 14090525
**Deposit Date:** 09/05/25
**Pay Period:** 08/24/25 - 08/30/25
**Pay Frequency:** Weekly

**Earnings**

| Description | Rate (This Pay Period) | Hrs/Units (This Pay Period) | Amount (This Pay Period) | Year To Date Amount |
|---|---|---|---|---|
| Straight Time | 26.64000 | 40.00 | 1,065.60 | 2,131.20 |

**Deductions**

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| Federal | 88.67 | 177.34 |
| FICA/SS | 66.07 | 132.14 |
| FICA/Medicare | 15.45 | 30.90 |
| PA Income Tax | 32.71 | 65.42 |
| PA Unemployment EE Cc | 0.75 | 1.50 |
| Local Services | 1.00 | 2.00 |
| VENANGO-VALLEY GR( | 10.66 | 21.32 |

**Important Messages:**

| | This Pay Period | | | Year To Date | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 1,065.60 | 215.31 | 850.29 | 2,131.20 | 430.62 | 1,700.58 |

**HORNMITCHELL**

| Date | Ref No. | Amount |
|---|---|---|
| 9/05/25 | 14090525 | 850.29 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| ****** | ******** | C | 850.29 |
| | **Total Current Net:** | | **850.29** |

**Mitchell W. Horn**
**125 Edgewood Drive**
**Cooperstown PA 16317**

Treesmiths LLC
1550 Pond Road, Suite 200
Allentown PA 18104

| Emp No. | Name and Address |
|---|---|
| 40049 | Mitchell W. Horn<br>125 Edgewood Drive<br>Cooperstown PA 16317 |

| | |
|---|---|
| **Fed Filing Status / Multiple Jobs:** | S / No |
| **Dependent Amount:** | 0.00 |
| **Other Income / Deductions:** | 0.00 / 0.00 |

| | |
|---|---|
| **Ref Number:** | 14091225 |
| **Deposit Date:** | 09/12/25 |
| **Pay Period:** | 08/31/25 - 09/06/25 |
| **Pay Frequency:** | Weekly |

**Earnings**

| | This Pay Period | | | Year To Date |
|---|---|---|---|---|
| Description | Rate | Hrs/Units | Amount | Amount |
| Straight Time | 26.64000 | 32.00 | 852.48 | 2,983.68 |

**Deductions**

| | This Pay Period | Year To Date |
|---|---|---|
| Description | Amount | Amount |
| Federal | 63.10 | 240.44 |
| FICA/SS | 52.85 | 184.99 |
| FICA/Medicare | 12.36 | 43.26 |
| PA Income Tax | 26.17 | 91.59 |
| PA Unemployment EE Cc | 0.60 | 2.10 |
| Local Services | 1.00 | 3.00 |
| VENANGO-VALLEY GRC | 8.52 | 29.84 |

**Important Messages:**

**This Pay Period**

| Earnings | Deductions | Net Pay |
|---|---|---|
| 852.48 | 164.60 | 687.88 |

**Year To Date**

| Earnings | Deductions | Net Pay |
|---|---|---|
| 2,983.68 | 595.22 | 2,388.46 |

**HORNMITCHELL**

| Date | Ref No. | Amount |
|---|---|---|
| 9/12/25 | 14091225 | 687.88 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| ** | * | C | 687.88 |
| | **Total Current Net:** | | **687.88** |

**Mitchell W. Horn**
**125 Edgewood Drive**
**Cooperstown PA 16317**

Treesmiths LLC
1550 Pond Road, Suite 200
Allentown PA 18104

**Emp No.** 40049

**Name and Address**
Mitchell W. Horn
125 Edgewood Drive
Cooperstown PA 16317

**Fed Filing Status / Multiple Jobs:** S / No
**Dependent Amount:** 0.00
**Other Income / Deductions:** 0.00 / 0.00

**Ref Number:** 14091925
**Deposit Date:** 09/19/25
**Pay Period:** 09/07/25 - 09/13/25
**Pay Frequency:** Weekly

## Earnings

| | This Pay Period | | | Year To Date |
|---|---|---|---|---|
| Description | Rate | Hrs/Units | Amount | Amount |
| Straight Time | 26.64000 | 40.00 | 1,065.60 | 4,049.28 |

## Deductions

| | This Pay Period | Year To Date |
|---|---|---|
| Description | Amount | Amount |
| Federal | 88.67 | 329.11 |
| FICA/SS | 66.07 | 251.06 |
| FICA/Medicare | 15.45 | 58.71 |
| PA Income Tax | 32.71 | 124.30 |
| PA Unemployment EE Cc | 0.75 | 2.85 |
| Local Services | 1.00 | 4.00 |
| VENANGO-VALLEY GRC | 10.66 | 40.50 |

**Important Messages:**

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| **1,065.60** | **215.31** | **850.29** | **4,049.28** | **810.53** | **3,238.75** |

**HORNMITCHELL**

| Date | Ref No. | Amount |
|---|---|---|
| **9/19/25** | **14091925** | **850.29** |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| | | C | 850.29 |
| | **Total Current Net:** | | **850.29** |

**Mitchell W. Horn**
**125 Edgewood Drive**
**Cooperstown PA 16317**

Treesmiths LLC
1550 Pond Road, Suite 200
Allentown PA 18104

| Emp No. | Name and Address | | | | |
|---|---|---|---|---|---|
| 40049 | Mitchell W. Horn<br>125 Edgewood Drive<br>Cooperstown PA 16317 | | | Ref Number: | 14092625 |
| | | Fed Filing Status / Multiple Jobs: | S / No | Deposit Date: | 09/26/25 |
| | | Dependent Amount: | 0.00 | Pay Period: | 09/14/25 - 09/20/25 |
| | | Other Income / Deductions: | 0.00 / 0.00 | Pay Frequency: | Weekly |

**Earnings**

| | This Pay Period | | | Year To Date |
|---|---|---|---|---|
| Description | Rate | Hrs/Units | Amount | Amount |
| Straight Time | 26.64000 | 40.00 | 1,065.60 | 5,114.88 |

**Deductions**

| | This Pay Period | Year To Date |
|---|---|---|
| Description | Amount | Amount |
| Federal | 88.67 | 417.78 |
| FICA/SS | 66.07 | 317.13 |
| FICA/Medicare | 15.45 | 74.16 |
| PA Income Tax | 32.71 | 157.01 |
| PA Unemployment EE Cc | 0.75 | 3.60 |
| Local Services | 1.00 | 5.00 |
| VENANGO-VALLEY GRC | 10.66 | 51.16 |

**Important Messages:**

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 1,065.60 | 215.31 | 850.29 | 5,114.88 | 1,025.84 | 4,089.04 |

| Date | Ref No. | Amount |
|---|---|---|
| 9/26/25 | 14092625 | 850.29 |

**HORNMITCHELL**

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| * | | C | 850.29 |
| | **Total Current Net:** | | **850.29** |

**Mitchell W. Horn**
**125 Edgewood Drive**
**Cooperstown PA 16317**

Treesmiths LLC
1550 Pond Road, Suite 200
Allentown PA 18104

| Emp No. | Name and Address | | | | |
|---|---|---|---|---|---|
| 40049 | Mitchell W. Horn | | | Ref Number: | 14100325 |
| | 125 Edgewood Drive | Fed Filing Status / Multiple Jobs: | S / No | Deposit Date: | 10/03/25 |
| | Cooperstown PA 16317 | Dependent Amount: | 0.00 | Pay Period: | 09/21/25 - 09/27/25 |
| | | Other Income / Deductions: | 0.00 / 0.00 | Pay Frequency: | Weekly |

**Earnings**

| | This Pay Period | | | Year To Date |
|---|---|---|---|---|
| Description | Rate | Hrs/Units | Amount | Amount |
| Straight Time | 26.64000 | 37.00 | 985.68 | 6,100.56 |

**Deductions**

| | This Pay Period | Year To Date |
|---|---|---|
| Description | Amount | Amount |
| Federal | 79.08 | 496.86 |
| FICA/SS | 61.11 | 378.24 |
| FICA/Medicare | 14.29 | 88.45 |
| PA Income Tax | 30.26 | 187.27 |
| PA Unemployment EE Cc | 0.69 | 4.29 |
| Local Services | 1.00 | 6.00 |
| VENANGO-VALLEY GRC | 9.86 | 61.02 |

Important Messages:

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 985.68 | 196.29 | 789.39 | 6,100.56 | 1,222.13 | 4,878.43 |

| Date | Ref No. | Amount |
|---|---|---|
| 10/03/25 | 14100325 | 789.39 |

HORNMITCHELL

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| *** | ******** | C | 789.39 |
| | Total Current Net: | | 789.39 |

Mitchell W. Horn
125 Edgewood Drive
Cooperstown PA 16317



Treesmiths LLC
1550 Pond Road, Suite 200
Allentown PA 18104

| Emp No. | Name and Address |
|---|---|
| 40049 | Mitchell W. Horn<br>125 Edgewood Drive<br>Cooperstown PA 16317 |

| | |
|---|---|
| **Fed Filing Status / Multiple Jobs:** | S / No |
| **Dependent Amount:** | 0.00 |
| **Other Income / Deductions:** | 0.00 / 0.00 |

| | |
|---|---|
| **Ref Number:** | 14101025 |
| **Deposit Date:** | 10/10/25 |
| **Pay Period:** | 09/28/25 - 10/04/25 |
| **Pay Frequency:** | Weekly |

**Earnings**

| | This Pay Period | | | Year To Date |
|---|---|---|---|---|
| Description | Rate | Hrs/Units | Amount | Amount |
| Straight Time | 26.64000 | 40.00 | 1,065.60 | 7,166.16 |

**Deductions**

| | This Pay Period | Year To Date |
|---|---|---|
| Description | Amount | Amount |
| Federal | 88.67 | 585.53 |
| FICA/SS | 66.07 | 444.31 |
| FICA/Medicare | 15.45 | 103.90 |
| PA Income Tax | 32.71 | 219.98 |
| PA Unemployment EE Cc | 0.75 | 5.04 |
| Local Services | 1.00 | 7.00 |
| VENANGO-VALLEY GRC | 10.66 | 71.68 |

**Important Messages:**

| This Pay Period | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 1,065.60 | 215.31 | 850.29 |

| Year To Date | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 7,166.16 | 1,437.44 | 5,728.72 |

| Date | Ref No. | Amount |
|---|---|---|
| 10/10/25 | 14101025 | 850.29 |

HORNMITCHELL

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| **** | ********* | C | 850.29 |
| | **Total Current Net:** | | **850.29** |

**Mitchell W. Horn**
**125 Edgewood Drive**
**Cooperstown PA 16317**

Treesmiths LLC
1550 Pond Road, Suite 200
Allentown PA 18104

| Emp No. | Name and Address | | | | |
|---|---|---|---|---|---|
| 40049 | Mitchell W. Horn<br>125 Edgewood Drive<br>Cooperstown PA 16317 | | | **Ref Number:** | 14101725.1 |
| | | **Fed Filing Status / Multiple Jobs:** | S / No | **Deposit Date:** | 10/17/25 |
| | | **Dependent Amount:** | 0.00 | **Pay Period:** | 10/05/25 - 10/11/25 |
| | | **Other Income / Deductions:** | 0.00 / 0.00 | **Pay Frequency:** | Weekly |

**Earnings**

| Description | Rate | Hrs/Units | Amount (This Pay Period) | Amount (Year To Date) |
|---|---|---|---|---|
| Straight Time | 26.64000 | 32.00 | 852.48 | 8,018.64 |
| Overtime | 57.69000 | 16.00 | 923.04 | 923.04 |

**Deductions**

| Description | Amount (This Pay Period) | Amount (Year To Date) |
|---|---|---|
| Federal | 229.35 | 814.88 |
| FICA/SS | 110.08 | 554.39 |
| FICA/Medicare | 25.75 | 129.65 |
| PA Income Tax | 54.51 | 274.49 |
| PA Unemployment EE Cc | 0.60 | 5.64 |
| NJ Unemployment EE Cc | 3.54 | 3.54 |
| NJ Disability Insurance E | 2.12 | 2.12 |
| NJ Family Leave Insuran | 3.05 | 3.05 |
| NJ Workforce Developme | 0.40 | 0.40 |
| Local Services | 1.00 | 8.00 |
| TS Working Assessment | 5.54 | 5.54 |
| VENANGO-VALLEY GR( | 17.76 | 89.44 |

**Important Messages:**

| | This Pay Period | | | Year To Date | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| **1,775.52** | **453.70** | **1,321.82** | **8,941.68** | **1,891.14** | **7,050.54** |

| Date | Ref No. | Amount |
|---|---|---|
| **10/17/25** | **14101725.1** | **1,321.82** |

**HORNMITCHELL**

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| *** | ***** | C | 1,321.82 |
| | **Total Current Net:** | | **1,321.82** |

**Mitchell W. Horn**
**125 Edgewood Drive**
**Cooperstown PA 16317**

Treesmiths LLC
1550 Pond Road, Suite 200
Allentown PA 18104

**Emp No.** 40049

**Name and Address**
Mitchell W. Horn
125 Edgewood Drive
Cooperstown PA 16317

**Fed Filing Status / Multiple Jobs:** S / No
**Dependent Amount:** 0.00
**Other Income / Deductions:** 0.00 / 0.00

**Ref Number:** 14102425.2
**Deposit Date:** 10/24/25
**Pay Period:** 10/12/25 - 10/18/25
**Pay Frequency:** Weekly

**Earnings**

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| Straight Time | 26.64000 | 32.00 | 852.48 | 9,178.80 |
| Straight Time | 38.46000 | 8.00 | 307.68 | |
| Overtime | 57.69000 | 4.00 | 230.76 | 1,153.80 |
| Double time | 76.92000 | 16.00 | 1,230.72 | 1,230.72 |
| Meals | | | 70.00 | 70.00 |

**Deductions**

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| Federal | 422.41 | 1,237.29 |
| FICA/SS | 162.54 | 716.93 |
| FICA/Medicare | 38.01 | 167.66 |
| PA Income Tax | 80.48 | 354.97 |
| PA Unemployment EE Cc | 0.60 | 6.24 |
| NJ Unemployment EE Cc | 6.78 | 10.32 |
| NJ Disability Insurance E | 4.07 | 6.19 |
| NJ Family Leave Insuran | 5.84 | 8.89 |
| NJ Workforce Developme | 0.76 | 1.16 |
| Local Services | 1.00 | 9.00 |
| TS Working Assessment | 10.61 | 16.15 |
| VENANGO-VALLEY GR( | 26.22 | 115.66 |

**Important Messages:**

| | This Pay Period | | | Year To Date | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| **2,691.64** | **759.32** | **1,932.32** | **11,633.32** | **2,650.46** | **8,982.86** |

**HORNMITCHELL**

| Date | Ref No. | Amount |
|---|---|---|
| **10/24/25** | **14102425.2** | **1,932.32** |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| ***** | ********* | C | 1,932.32 |
| | **Total Current Net:** | | **1,932.32** |

**Mitchell W. Horn**
**125 Edgewood Drive**
**Cooperstown PA 16317**