**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 25-10597-JCM |
| | : | |
| **Mitchell W. Horn,** | : | CHAPTER 13 |
|     Debtor, | : | |
| | : | |
| **Mitchell W. Horn,** | : | |
|     Movant, | : | RELATED TO DOCKET NO.: 31 |
| | : | |
| vs. | : | |
| | : | |
| **Tree Smiths, LLC,** | : | |
| | : | |
|     and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: November 26, 2025
                                                                                                     By: /s/ Caitlyn Campbell
                                                                                                     Caitlyn Campbell, HEAD PARALEGAL
                                                                                                     FOSTER LAW OFFICES
                                                                                                     1210 Park Avenue
                                                                                                     Meadville, PA 16335
                                                                                                     Tel 814.724.1165
                                                                                                     Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**TREE SMITHS, LLC**
**1550 POND ROAD, SUITE 200**
**ALLENTOWN, PA 18104**