## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Mitchell W. Horn** | | **CHAPTER 13** |
| **Debtor(s)** | | |
| **PENNYMAC LOAN SERVICES, LLC** | | |
| **Movant** | | |
| **vs.** | | **NO.** 25-10597 JCM |
| **Mitchell W. Horn** | | |
| **Respondent(s)** | | |
| **Ronda J. Winnecour** | | |
| **Trustee** | | |

### ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by PENNYMAC LOAN SERVICES, LLC, it is **Ordered** and **Decreed** that confirmation is **denied**.

_____
Bankruptcy Judge