# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Mitchell W. Horn**<br>　　　　　　Debtor(s)<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>　　　　　　Movant<br>　　vs.<br><br>**Mitchell W. Horn**<br>　　　　　　Respondent(s) | CHAPTER 13<br>BK. NO. 25-10597 JCM |

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **December 12, 2025**.

Ronda J. Winnecour (via ECF)
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Daniel P. Foster Esquire (via ECF)
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

Mitchell W. Horn
125 Edgewood Drive
Cooperstown, PA 16317


Date: December 12, 2025

　　　　　　　　　　　　　　　　　　　　**/s/ Denise Carlon**
　　　　　　　　　　　　　　　　　　　　Denise Carlon Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317226
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com