IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **25-10597** |
| **Mitchell W. Horn** | : | |
| | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Mitchell W. Horn** | : | |
| | : | |
| Movant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Daniel Foster**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Daniel Foster**
Signature
**Daniel Foster**

Typed Name
**1210 Park Avenue**
**Meadville, PA 16335**

Address
**814-724-1165 Fax:814-724-1158**

Phone No.
**PA 92376 PA**

List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

Penelec
PO Box 371422
Pittsburgh, PA 15250

**PAWB Local Form 30 (07/13)**