**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY CASE NO. 25-10597-JCM** |
| | : | |
| **Mitchell W. Horn,** | : | **CHAPTER 13** |
| **Debtor,** | : | |
| _____ ____ | : | **RELATED TO DOCKET NO.: 49** |

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Amendment to Schedule F** that was filed on June 8, 2026, Order and the Notice of 341 Hearing by First-Class Mail, U.S. Postage Paid on all affected parties listed below.

Executed on: <u>June 8, 2026</u>

*By: /s/ Caitlyn Campbell*
Caitlyn Campbell, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Label Matrix for local noticing
0315-1
Case 25-10597-JCM
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Mon Jun  8 14:22:21 EDT 2026

U.S. Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA 16501-1169

BBVA Compass Bank
101 Dauphin Street
Mobile, AL 36602-3209

Bank of America
100 North Tryon Street
Charlotte, NC 28255-0001

Cavalry SPV I, LLC
500 Summit Lake Drive
Suite 400
Valhalla, NY 10595-2321

Citibank NA
P.O. Box 9001037
Louisville, KY 40290-1037

Discover Bank
PO Box 3025
New Albany, OH 43054-3025

Internal Revenue Service
Department of the Treasury
P.O. Box 1302
Charlotte, NC 28201-1302

JPMorgan Chase Bank, NA
1111 Polaris Parkway
Columbus, OH 43240-2050

KML Law Group, P.C.
Suite 5000
701 Market Street
Philadelphia, PA 19106-1541

LVNV Funding LLC
PO Box 10497
Greenville, SC 29603-0497

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

Penelec
PO Box 371422
Pittsburgh, PA 15250-7422

PennyMac Loan Services, LLC.
P.O. Box 2410
Moorpark, CA 93020-2410

Pennymac Loan Services
PO Box 660929
Dallas, TX 75266-0929

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)SRU FEDERAL CREDIT UNION
ATTN ATTN TIM MILLER OR DREW MCDOWELL
100 ARROWHEAD DRIVE
SLIPPERY ROCK 16057-2632

Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335-3110

Mitchell W. Horn
125 Edgewood Drive
Cooperstown, PA 16317-1205

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541

Sru Federal Credit Union
100 Arrowhead Dr
Slippery Rock, PA 16057

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21